**Dismissed and Memorandum Opinion filed March 8, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00321-CV**

_____

**KRISTIN MCKAMEY, Appellant**

**V.**

**ANTHONY D. HICKS, Appellee**

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2010-75466**

**MEMORANDUM   OPINION**

This is an appeal from a judgment signed March 9, 2011.   The clerk's record was filed July 8, 2011.   No reporter's record was taken.   No brief was filed.

On January 24, 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 23, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.